[No. 6,475.]
## FITZGERALD v. THE UNION INS. CO.

FIRE INSURANCE—PROOF OF LOSS—FRAUD—VERDICT—CONFLICT OF EVIDENCE.

APPEAL from a judgment for the plaintiff, in the Third District Court, County of Alameda.   McKEE, J.

Action upon a policy of fire insurance.   The policy provided that the assured should, in case of loss or damage by fire, give in a sworn statement of the amount of loss, etc.; and further provided, that " all fraud or attempt at fraud by false swearing, or otherwise," should cause a forfeiture of the policy.   The complaint, which was verified, alleged the loss to be $5,250, and that plaintiff had given to the defendant due notice and proof of the same.   The jury rendered a general verdict for the sum of $2,375.

*Sidney V. Smith & Son*, for Appellant.

The discrepancy between the verdict and the sworn statement is $2,875.   In cases of so great a variance, courts set aside the verdict, as in effect finding fraud on the part of the assured. (*Wall* v. *Howard Insurance Co.* 7 Hubbard, (Me.) 32; *Levy* v. *Baillie*, 7 Bing. 349).

*Jas. C. Martin,* and *J. P. Ryan,* for Respondent.

Department No. 1, by the COURT:

There was a substantial conflict in the evidence. Judgment affirmed.